```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                       Plaintiff,                :
                                                 :   22-CR-209 (ALC)
         -against-                               :
                                                 :   ORDER
JULIANNA PORRETTO,                               :
                                                 :
                       Defendant.                :
                                                 :
------------------------------------------------------------------x
```

4-26-22

ANDREW L. CARTER, JR., District Judge:

The Telephone Status Conference set for **May 3, 2022** is adjourned to **2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:   New York, New York
         April 26, 2022

_____
ANDREW L. CARTER, JR.
United States District Judge