UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                               Plaintiff,

      -against-

JULIANNA PORRETTO,

                             Defendant.

22-CR-209 (ALC)

ORDER

------------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

The Telephone Status Conference set for **May 5, 2022** is adjourned to **2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

SO ORDERED.

Dated:    New York, New York
            April 27, 2022

                                            ANDREW L. CARTER, JR.
                                            United States District Judge