UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

 -against-

JULIANNA PORRETTO,

       Defendant.

------------------------------------------------------------------- x

22-CR-209 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Today's Telephone Status Conference is adjourned to **May 5, 2022 at 2:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.  Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:  New York, New York
     May 3, 2022

               _/s/ Andrew L. Carter, Jr._
               **ANDREW L. CARTER, JR.**
               **United States District Judge**