UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
                                       Plaintiff,  :
                                                 :     **22-CR-209 (ALC)**
      -against-                                 :
                                                 :     <u>ORDER</u>
JULIANNA PORRETTO,  :
                                 Defendant.  :
                                                 :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **July 6, 2022** at **12:30 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
             May 5, 2022

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**