

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 5, 2022

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/6/22___

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re:   *United States v. Porretto*, 22 Cr. 209 (ALC)

Dear Judge Carter:

   There is a status conference scheduled for July 6, 2022 in the above-referenced case. The parties are discussing a potential pretrial resolution, but need additional time for those discussions. Accordingly, the parties respectfully request that the Court adjourn the conference for a date in late August or early September, at the Court's convenience. The Government also respectfully requests that the Court exclude time under the Speedy Trial Act, so the parties can discuss a pretrial resolution. Ms. Porretto's attorney, Mark Gombiner, Esq., consents to the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _/s/_____
   Thomas S. Burnett
   Assistant United States Attorney
   (212) 637-1064

CC: Counsel of Record (by ECF)

The application is **GRANTED.** The telephone status conference is adjourned to 9/8/22 at 12:00 p.m. Time excluded from 7/6/22 to 9/8/22 in the interest of justice.
So Ordered.

7/6/22