```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

JULIANNA PORRETTO,

               Defendant.

------------------------------------------------------------- x

22-CR-209 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Telephone Status Conference set for **September 8, 2022** at **12:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
           September 7, 2022

                                      _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**