```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-14-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                :
                                         :
                        Plaintiff,       :
                                         :         22-CR-209 (ALC)
            -against-                    :
                                         :         **ORDER**
JULIANNA PORRETTO,                       :
                                         :
                        Defendant.       :
                                         :
                                         :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference scheduled for December 15, 2022 at 1:30 p.m. is converted to a a Telephone Status Conference and adjourned to **1:45 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
            **December 14, 2022**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**