```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :

          - v. -               :

JULIANNA PORRETTO,             :

          Defendant.           :

- - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-24-23_

**ORDER**

22 CR 209 (ALC)

WHEREAS, the United States Pretrial Services Office submitted a violation memorandum on January 10, 2023;

WHEREAS, this Court held a conference to address that violation memorandum on January 19, 2023; and

WHEREAS, at that conference, the defendant consented to a bail modification requiring her attendance at an inpatient drug-treatment facility;

IT IS HEREBY ORDERED that the terms of the defendant's pre-trial release be modified as follows:

1. The defendant shall participate in an inpatient drug-treatment program beginning no later than February 1, 2023. That program must be approved by the Pretrial Services Office and last for at least 60 days.

2. The defendant is permitted to travel and reside outside of the Southern and Eastern Districts of New York for purposes of traveling to and attending the inpatient drug-treatment program.

SO ORDERED:

Dated:   New York, New York
         January 23, 2023

_____
THE HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE