```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 10-12-23
```

------------------------------------------------------------------ x
UNITED STATES OF AMERICA,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　22-CR-209 (ALC)
　　　　-against-　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER**
JULIANNA PORRETTO,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

　　The Sentencing scheduled for October 19, 2023 is adjourned to **November 9, 2023** at **3:30 p.m.**

**SO ORDERED.**

**Dated:**　　New York, New York
　　　　　　October 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter, Jr._
　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**