```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-3-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-                         22-CR-209 (ALC)

JULIANNA PORRETTO,                  **ORDER**

                        Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

The Sentencing set for November 9, 2023 is rescheduled to **11:00 a.m.**

SO ORDERED.

Dated:      New York, New York
            November 3, 2023

                                               _____
                                               ANDREW L. CARTER, JR.
                                               United States District Judge