UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12·12·23

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

JULIANNA PORRETTO,

                    Defendant.

---------------------------------------------------------------- x

22 CR 209 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

    The Fatico Hearing set for December 14, 2023 is adjourned to **December 21, 2023** at **2:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             December 12, 2023

                                   _____
                                   **ANDREW L. CARTER, JR.**
                                   United States District Judge